[Nos. 40625-0-II; 40628-4-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAD C. HOVRUD, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 09-1-01835-1, Kitty-Ann van Doorninck, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40875-9-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY D. BRAYTON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00084-4, Amber L. Finlay, J., entered May 24, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40908-9-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. FLAVIO SERRANO-GALVEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01952-5, Robert A. Lewis, J., entered June 11, 2010. *Remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Johanson, JJ.

[Nos. 41025-7-II; 41028-1-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY EUGENE MCANDREW, JR., *Appellant.*

Appeals from a judgment of the Superior Court for Clark County, No. 10-1-00879-9, John P. Wulle, J., entered June 28, 2010. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Van Deren, J.